260 U. S.   Cases Disposed of Without Consideration by the Court.

No. 773. DOLLY McCALMONT, ADMINISTRATRIX, ETC., *v.* PENNSYLVANIA RAILROAD COMPANY. January 22, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. David F. Anderson* for petitioner. *Mr. William B. Sanders* and *Mr. Thomas M. Kirby* for respondent

No. 778. S. H. BENJAMIN FUEL & SUPPLY COMPANY *v.* BELL UNION COAL & MINING COMPANY. January 29, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. J. F. Bullitt* for petitioner. No appearance for respondent.

No. 790. EDWARD J. DONEGAN *v.* UNITED STATES. January 29, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Elijah N. Zoline* for petitioner. *Mr. Solicitor General Beck, Mr. Assistant Attorney General Crim* and *Mr. H. S. Ridgely* for the United States.

CASES DISPOSED OF WITHOUT CONSIDERATION BY THE COURT, FROM OCTOBER 2, 1922, TO AND INCLUDING JANUARY 29, 1923.

Nos. 90 and 91. EDWARD J. BRUNDAGE, ATTORNEY GENERAL OF ILLINOIS, *v.* UNITED STATES ET AL. Appeals from the District Court of the United States for the Northern District of Illinois. October 3, 1922. Dismissed, per stipulation. *Mr. Edward J. Brundage, Mr. James H. Wilkinson* and *Mr. Garfield Charles* for appellant. *Mr. Solicitor General Beck* and *Mr. P. J. Farrell* for appellees.